UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SILVA, | No. 2:15-cv-1721 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| P. NATHU, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2016, plaintiff's complaint was dismissed with leave to amend for failure to state a claim. (ECF No. 9.) Plaintiff subsequently filed a motion for extension of time to file an amended pleading, which was granted on May 27, 2016. (ECF Nos. 12, 13.) Plaintiff has now filed his amended complaint with an accompanying motion for leave to amend. (ECF No. 14.) Since plaintiff has previously been granted leave to amend, his motion will be denied as moot. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 14) is denied. Plaintiff's first amended complaint is deemed timely filed.

Dated: November 9, 2016

/DLB7;silv1721.lta moot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE